**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-02169-CMA-KLM

KELSEY SCHULTZ,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC., a Florida corporation,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 11), signed by the attorneys for the parties hereto, it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

    DATED:  September 29, 2014

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Court Judge